IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02449-MJW

ANTONIO ANAYA,

Plaintiff,

v.

ADVANCE AUTO PARTS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Unopposed Motion to Appear at Scheduling Conference via Telephone (Docket No. 20) is GRANTED; and

- Attorney Julius Gernes may appear telephonically at the December 21, 2015 Scheduling Conference at 2:30 p.m., by calling chambers at (303) 844-2403 at the appointed time.

Date: December 2, 2015